IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| v. : | Criminal No. 8:17cr00493 |
| **JAMES RONNELL DAVIS** : | |
| Defendant : | |

**DEFENSE POSITION ON GOVERNMENT'S
MOTION FOR DISCLOSURE OF CERTAIN SEALED DOCUMENTS**

    The defense hereby responds to the Government's Motion to make certain sealed documents available to counsel for the government and for the defense for use in the Appendix for the appeal of this case which is now due on 12 July 2023. We are not opposed to the prosecution's Motion and request that the court act on it forthwith, and also direct that the Office of the Clerk of this Court provide the materials at issue to counsel for the government and counsel for the defense forthwith so as not to delay the appeal.

    Counsel for the defense has not yet spoken with the government's counsel regarding the continued sealing of the documents. This request may be expanded to include unsealing the documents since the passage of time and the trial may have made maintaining them under seal no longer necessary.

                                                                       JAMES RONNELL DAVIS
                                                                       By Counsel

_____/S/_____
MARVIN D. MILLER
USDCMD Bar ID 802918
1203 Duke Street
Alexandria VA 22314
703 548 5000
ofc@mdmillerlaw.com
fax 703 739 0179

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was filed this 5th day of July 2023 with the ECF system, prompting electronic service on all counsel of record.

_____/S/_____
MARVIN D. MILLER